1   LINDA WENDELL HSU   (SBN 162971)
    JAMES R. TENERO    (SBN 201023)
2   SELMAN BREITMAN LLP
    33 New Montgomery, Sixth Floor
3   San Francisco, CA  94105
    Telephone:  (415) 979-0400
4   Facsimile:  (415) 979-2099
    Email:  lhsu@selmanbreitman.com
5           jtenero@selmanbreitman.com

6   Attorneys for Plaintiff/Counter-Defendant
    SCOTTSDALE INSURANCE COMPANY

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10  SCOTTSDALE INSURANCE COMPANY,      CASE NO.  S-02-1890 WBS GGH

11        Plaintiff,

12                                     **STIPULATION AND [PROPOSED] ORDER
        v.                             ALLOWING PARTIES EXTENSION OF
13                                     TIME TO FILE JOINT STATEMENT OF
    HENRY MORENO, ROSE A. MORENO, LA   UNDISPUTED FACTS AND EVIDENCE**
14  MANSION DEL RIO, WALTER HARVEY,
    and DOES 1 through 100,
15  inclusive,

16        Defendants.

17

18        Pursuant to Local Rules of Practice for the United States

19  District Court, Eastern District of California, Local Rule 83-

20  143, IT IS HEREBY STIPULATED by and between the parties to this

21  action, through their designated counsel of record, that the

22  deadline for filing the Joint Statement setting forth all

23  undisputed facts and evidence shall be extended from May 8, 2006

24  to May 22, 2006.  The parties have not requested any other

25  extensions of time to file this Joint Statement.

26  IT IS SO STIPULATED:

27

28                              1

**STIPULATION AND [PROPOSED] ORDER ALLOWING PARTIES AN EXTENSION OF TIME TO FILE
A JOINT STATEMENT OF UNDISPUTED FACTS AND EVIDENCE, CASE NUMBER  S-02-1890 WBS
GGH**

Selman Breitman LLP
ATTORNEYS AT LAW

107627.1  380.14844

PDF created with pdfFactory trial version www.pdffactory.com

1 | DATED: May 5, 2006          SELMAN BREITMAN LLP

2

3 |                              By: /s/Linda Wendell Hsu
                                 LINDA WENDELL HSU

4 |                                  JAMES R. TENERO
                                 Attorneys for Plaintiff/Counter-
                                 Defendant SCOTTSDALE INSURANCE

5 |                                  COMPANY

6 | DATED: May 5, 2006          BORTON, PETRINI & CONRON LLP

7

8 |                              By:/s/Mark Newman
                                (as authorized on 05/05/06)

9 |                                 MARK NEWMAN
                                Attorneys for Defendant/Counter-

10 |                                 Claimant WALTER HARVEY

11

12 | DATED: May_5, 2006          POOLE & PEREIRA

13

14 |                              By:/s/ Paul Pereira
                                (as authorized on 05/05/06)

15 |                                 PAUL PEREIRA
                                Attorneys for Defendant/Counter-

16 |                                 Claimant WALTER HARVEY

17 |        IT IS SO ORDERED:

18

19 | Dated:  May 5, 2006

20

21 |                                 WILLIAM B. SHUBB
                                UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

2

STIPULATION AND [PROPOSED] ORDER ALLOWING PARTIES AN EXTENSION OF TIME TO FILE
A JOINT STATEMENT OF UNDISPUTED FACTS AND EVIDENCE, CASE NUMBER   S-02-1890 WBS
GGH

107627.1  380.14844

PDF created with pdfFactory trial version www.pdffactory.com