1  Mark S. Newman, Esq.; SBN 107012
   BORTON, PETRINI & CONRON, LLP
2  11025 Trade Center Drive, Suite 150
   Rancho Cordova, CA 95670
3  Telephone (916) 858-1212
   Facsimile (916) 858-1252
4  E-Mail: mnewman@bpclaw.com

5  Paul A. Pereira, Esq.
   LAW OFFICES OF POOLE & PEREIRA
6  1788 Tribute Road, Suite 301
   Sacramento, CA 95815
7  Telephone (916) 924-1867
   Facsimile (916) 536-0638
8  E-Mail: poole_pereira@sbcglobal.net

9  Attorneys for Defendant/Counter-Claimant Walter
   Harvey
10

11              UNITED STATES DISTRICT COURT

12              EASTERN DISTRICT OF CALIFORNIA

13  SCOTTSDALE INSURANCE COMPANY,          Case No. CIV.S-02-1890 WBS GGH

14              Plaintiff,

    v.                                     STIPULATION AND [PROPOSED] ORDER
15                                          ALLOWING PARTIES EXTENSION OF
                                           TIME TO EXCHANGE COPIES OF
16  HENRY MORENO, ROSE A. MORENO,          EXHIBITS IDENTIFIED IN PRE-TRIAL
    LA MANSION DEL RIO, WALTER             ORDER
17  HARVEY, and DOES 1 through 100,
    inclusive,
18
                Defendants.
19  _____

20  AND RELATED COUNTER-CLAIMS.

21          Pursuant to Local Rules of Practice for the United States District Court, Eastern District

22  of California, Local Rule 83-143, IT IS HEREBY STIPULATED by and between the parties to this

23  action, through their designated counsel of record, that the deadline for exchanging copies of exhibits

24  identified in the Pre-Trial Order shall be extended from May 12, 2006 to May 17, 2006.  The parties

25  have not requested any other extensions of time to exchange these exhibits.

26  ///

27  ///

28  ///

1          IT IS SO STIPULATED.

2

3    DATED: May ____, 2006          BORTON, PETRINI & CONRON, LLP

4

5
                                    By /s/ Mark S. Newman
6                                      Mark S. Newman, Attorneys for Defendant/Counter-
                                       Claimant Walter Harvey
7

8    DATED: May ____, 2006          SELMAN BREITMAN LLP

9

10
                                    By  /s/ Linda Wendell Hsu
11                                     (as authorized on 05/12/06)

12

13   DATED: May ____, 2006          POOLE & PEREIRA

14

15
                                    By  /s/ Paul A. Pereira
16                                     (as authorized on 05/12/06)

17

18          IT IS SO ORDERED.

19   DATED:  May 17, 2006

20

21                                  _____
                                    WILLIAM B. SHUBB
22                                  UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

G:\DOCS\SHU\DSHU2\in     STIPULATION AND [PROPOSED] ORDER FOR
BOX\Signed\scottsdal     EXTENSION TO EXCHANGE EXHIBITS          2          Case No. S-02-1890 WBS GGH
e.wpd