LINDA WENDELL HSU   (SBN 162971)
JAMES R. TENERO    (SBN 201023)
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA  94105
Telephone:  (415) 979-0400
Facsimile:  (415) 979-2099
Email:   lhsu@selmanbreitman.com
         jtenero@selmanbreitman.com

Attorneys for Plaintiff/Counter-Defendant
SCOTTSDALE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HENRY MORENO, ROSE A. MORENO, LA MANSION DEL RIO, WALTER HARVEY, and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | CASE NO.  S-02-1890 WBS GGH<br><br>**STIPULATION AND ORDER ALLOWING PARTIES EXTENSION OF TIME TO FILE JOINT STATEMENT OF UNDISPUTED FACTS AND EVIDENCE** |

　　　Pursuant to Local Rules of Practice for the United States District Court, Eastern District of California, Local Rule 83-143, IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel of record, that the deadline for filing the Joint Statement setting forth all undisputed facts and evidence shall be extended from May 22, 2006 to May 30, 2006.  Furthermore, Defendant Harvey will provide to Plaintiff Scottsdale by close of business on May 25, 2006 its proposed modifications to the Joint Stipulation of Undisputed Facts and the Joint Stipulation to Authenticity of Documents.

1

**STIPULATION AND [PROPOSED] ORDER ALLOWING PARTIES AN EXTENSION OF TIME TO FILE A JOINT STATEMENT OF UNDISPUTED FACTS AND EVIDENCE, CASE NUMBER   S-02-1890 WBS GGH**

108637.1  380.14844

PDF created with pdfFactory trial version www.pdffactory.com

```
 1   IT IS SO STIPULATED:
 2   DATED: May 22, 2006        SELMAN BREITMAN LLP
 3
                                By: /s/James R. Tenero
 4                                 LINDA WENDELL HSU
                                   JAMES R. TENERO
 5                                 Attorneys for Plaintiff/Counter-
                                   Defendant SCOTTSDALE INSURANCE
 6                                 COMPANY

 7   DATED: May 22, 2006        BORTON, PETRINI & CONRON LLP
 8
 9                              By:/s/Mark Newman
                                   (as authorized on 05/22/06)
10                                 MARK NEWMAN
                                   Attorneys for Defendant/Counter-
11                                 Claimant WALTER HARVEY
12
13   DATED: May_22, 2006        POOLE & PEREIRA
14
15                              By:/s/ Paul Pereira
                                   (as authorized on 05/22/06)
16                                 PAUL PEREIRA
                                   Attorneys for Defendant/Counter-
17                                 Claimant WALTER HARVEY
18
19       IT IS SO ORDERED:
20
21   Dated:  May 22, 2006
22                                  _____
                                    WILLIAM B. SHUBB
23                                  UNITED STATES DISTRICT JUDGE
24
25
26
27
28
```

2

**STIPULATION AND [PROPOSED] ORDER ALLOWING PARTIES AN EXTENSION OF TIME TO FILE A JOINT STATEMENT OF UNDISPUTED FACTS AND EVIDENCE, CASE NUMBER   S-02-1890 WBS GGH**

108637.1  380.14844

Selman Breitman LLP
ATTORNEYS AT LAW

PDF created with pdfFactory trial version www.pdffactory.com