Mark S. Newman, Esq.; SBN 107012
BORTON, PETRINI & CONRON, LLP
11025 Trade Center Drive, Suite 150
Rancho Cordova, CA 95670
Telephone (916) 858-1212
Facsimile (916) 858-1252
E-Mail: mnewman@bpclaw.com

Paul A. Pereira, Esq.
LAW OFFICES OF POOLE & PEREIRA
1788 Tribute Road, Suite 301
Sacramento, CA 95815
Telephone (916) 924-1867
Facsimile (916) 536-0638
E-Mail: poole_pereira@sbcglobal.net

Attorneys for Defendant/Counter-Claimant Walter Harvey

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>HENRY MORENO, ROSE A. MORENO, LA MANSION DEL RIO, WALTER HARVEY, and DOES 1 through 100, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTER-CLAIMS. | Case No. CIV.S-02-1890 WBS GGH<br><br>STIPULATION AND [PROPOSED] ORDER ALLOWING PARTIES EXTENSION OF TIME TO FILE AND SERVE COUNTER DESIGNATIONS OF DEPOSITIONS AND EVIDENTIARY OBJECTIONS TO OTHER PARTY DESIGNATIONS |

Pursuant to Local Rules of Practice for the United States District Court, Eastern District of California, Local Rule 83-143, IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel of record, that the deadline for filing and serving counter designations of deposition testimony and evidentiary objections to other party designations will be extended from May 24, 2006 to May 30, 2006.

///

///

///

1         IT IS SO STIPULATED.

2   DATED: May ____, 2006        BORTON, PETRINI & CONRON, LLP

3

4

                                    By /s/ Mark S. Newman

5                                      Mark S. Newman, Attorneys for Defendant/Counter-Claimant Walter Harvey

6

7   DATED: May ____, 2006        SELMAN BREITMAN LLP

8

9

10                                     By /s/ Linda Wendell Hsu
                                        (as authorized on 05/25/06)

11

12   DATED: May ____, 2006        POOLE & PEREIRA

13

14

15                                     By /s/ Paul A. Pereira
                                        (as authorized on 05/25/06)

16

17         IT IS SO ORDERED.

18   DATED: May 26, 2006

19

20                               *[signature: William B. Shubb]*

21                               WILLIAM B. SHUBB
                              UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

G:\DOCS\SHU\DSHU2\inBOX\Signed\scottsdale.wpd

STIPULATION AND [PROPOSED] ORDER ALLOWING PARTIES EXTENSION TO FILE COUNTER DESIGNATIONS OF DEPOSITIONS AND EVIDENTIARY OBJECTIONS, ETC.    2    Case No. S-02-1890 WBS GGH