Mark S. Newman, Esq.; SBN 107012
BORTON, PETRINI & CONRON, LLP
11025 Trade Center Drive, Suite 150
Rancho Cordova, CA 95670
Telephone (916) 858-1212
Facsimile (916) 858-1252
E-Mail: mnewman@bpclaw.com

Paul A. Pereira, Esq.
LAW OFFICES OF POOLE & PEREIRA
1788 Tribute Road, Suite 301
Sacramento, CA 95815
Telephone (916) 924-1867
Facsimile (916) 536-0638
E-Mail: poole_pereira@sbcglobal.net

Attorneys for Defendant/Counter-Claimant Walter Harvey

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>HENRY MORENO, ROSE A. MORENO, LA MANSION DEL RIO, WALTER HARVEY, and DOES 1 through 100, inclusive,<br><br>Defendants.<br>_____<br>AND RELATED COUNTER-CLAIMS. | Case No. CIV.S-02-1890 WBS GGH<br><br>STIPULATION AND [PROPOSED] ORDER ALLOWING PARTIES EXTENSION OF TIME TO SERVE AND FILE TRIAL BRIEFS (INCLUDING MOTIONS IN LIMINE), PROPOSED VOIR DIRE QUESTIONS, DEFENDANT'S OBJECTIONS TO PLAINTIFF'S PROPOSED JURY INSTRUCTIONS AND VERDICT FORM AND DEFENDANT'S PROPOSED JURY INSTRUCTIONS AND VERDICT FORM |

Pursuant to Local Rules of Practice for the United States District Court, Eastern District of California, Local Rule 83-143, IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel of record, that the deadline for service and filing trial briefs (including any motions in limine), proposed voir dire questions, defendant's objections to plaintiff's proposed jury instructions and verdict form, and defendant's proposed jury instructions and verdict form identified in the Pre-Trial Order shall be extended from June 2, 2006 to noon on June 5, 2006. The parties have not requested any other extensions of time to serve or file these items. The reason for the extension is the illness of defense counsel.

The parties further stipulate that oppositions to motions in limine will be served and filed by June 7, 2006.

IT IS SO STIPULATED.

DATED: June ____, 2006          BORTON, PETRINI & CONRON, LLP


By /s/ Mark S. Newman
Mark S. Newman, Attorneys for Defendant/Counter-Claimant Walter Harvey

DATED: June ____, 2006          SELMAN BREITMAN LLP


By   /s/ Linda Wendell Hsu
     (as authorized on 06/02/06)

DATED: June ____, 2006          POOLE & PEREIRA


By   /s/ Paul A. Pereira
     (as authorized on 06/02/06)

IT IS SO ORDERED.

DATED:   June 2, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE