UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br><br>       Plaintiff,<br><br>  v.<br><br>HENRY MORENO, ROSE A. MORENO, LA MANSION DEL RIO, WALTER HARVEY, and DOES 1 through 100, inclusive,<br><br>       Defendants. | CASE NO. S-02-1890 WBS GGH<br><br>**FIRST SUPPLEMENTAL STIPULATION AND [PROPOSED] ORDER REGARDING ADMISSIBILITY OF UNDISPUTED FACTS IN LIEU OF PRESENTATION OF EVIDENCE AT TRIAL**<br><br>[L.R. 83-143]<br><br>Trial Date : June 13, 2006<br>Time      : 9:00 a.m.<br>Dept      : Court Room No. 5<br>Judge     : William B. Shubb |

    Plaintiff SCOTTSDALE INSURANCE COMPANY and Defendant WALTER HARVEY, through their respective counsel of record, hereby enter into this first supplemental stipulation regarding the admissibility of undisputed facts in lieu of presentation of evidence at trial commencing on June 13, 2006 at 9:00 a.m., in the above-referenced United States District Court for the Eastern District of California.

///

1

**FIRST SUPPLEMENTAL STIPULATION AND [PROPOSED] ORDER REGARDING ADMISSIBILITY OF UNDISPUTED FACTS IN LIEU OF PRESENTATION OF EVIDENCE AT TRIAL -**
**CASE NO. S-02-1890 WBS GGH**

PDF created with pdfFactory trial version www.pdffactory.com

This first supplemental stipulation is entered by and between the parties so as to facilitate trial of this matter, is binding on the parties and relieves each of producing evidence to prove the stipulated facts.  (<u>Spaulding v. City of Tulsa, Oklahoma</u> (10th Cir. 1996) 95 F.3d 1492, 1501-1502.)  Moreover, the scope of this stipulation includes both the matters actually stipulated, as well as, reasonable inferences that may be drawn therefrom.  (<u>United States v. Baker</u> (9th Cir. 1979) 589 F.2d 1008.)  By entering into this first supplemental stipulation neither party waives and expressly reserves the right to request a jury instruction regarding the effect of this stipulation.  While stipulations conclusively establish a fact, the factfinder ultimately determines the weight to be given the stipulated fact.  (<u>O'Connor v. City & County of Denver</u> (10th Cir. 1990) 894 F.2d 1210, 1225-1226.)

The stipulated facts are as follows:

**I.   FACTS REGARDING THE SCOTTSDALE INSURANCE COMPANY POLICY.**

1.   Scottsdale Insurance Company ("Scottsdale") issued a general liability insurance policy number CPS0238393 to named insured Henry A. Moreno (d/b/a La Mansion Del Rio) (hereinafter the "Scottsdale Policy").

2.   The Scottsdale Policy incepted on April 23, 1998.

3.   The Scottsdale Policy was cancelled on September 17, 1998.

///

///

2

**FIRST SUPPLEMENTAL STIPULATION AND [PROPOSED] ORDER REGARDING ADMISSIBILITY OF UNDISPUTED FACTS IN LIEU OF PRESENTATION OF EVIDENCE AT TRIAL – CASE NO. S-02-1890 WBS GGH**

109209.1  380.14844

PDF created with pdfFactory trial version www.pdffactory.com

1      4.   The Scottsdale Policy was cancelled because Henry
2 Moreno failed to pay the premium.
3      5.   For purposes of this matter, the relevant policy period
4 was April 23, 1998 through September 17, 1998.

6 DATED: June 2, 2006         SELMAN BREITMAN LLP

8                             By: _____
                                  LINDA WENDELL HSU   (SBN 162971)
9                                 JAMES R. TENERO    (SBN 201023)
                                  Attorneys for Plaintiff
10                                SCOTTSDALE INSURANCE COMPANY

12 DATED: June 2, 2006         BORTON, PETRINI & CONRON LLP

14                             By:  /s/ MARK S. NEWMAN
                                    (as authorized  on 06/02/06)
15                                 MARK S. NEWMAN      (SBN 107012)
                                   Attorneys for Defendant
16                                 WALTER HARVEY

17
   DATED: June 2, 2006         LAW OFFICES OF POOLE & PEREIRA
18

20                             By:  /s/ PAUL A. PEREIRA
                                    (as authorized on 06/02/06)
                                   PAUL A. PEREIRA    (SBN 128539)
21                                 Attorneys for Defendant
                                   WALTER HARVEY

**IT IS SO ORDERED,**
24

25 DATED:  June 2, 2006

27                             _____
                               WILLIAM B. SHUBB
                               UNITED STATES DISTRICT JUDGE

28 **FIRST SUPPLEMENTAL STIPULATION AND [PROPOSED] ORDER REGARDING ADMISSIBILITY OF**
   **UNDISPUTED FACTS IN LIEU OF PRESENTATION OF EVIDENCE AT TRIAL –**
   **CASE NO. S-02-1890 WBS GGH**

109209.1  380.14844

PDF created with pdfFactory trial version www.pdffactory.com