**PAUL A. PEREIRA, Esq.: SBN 128539**
LAW OFFICES OF POOLE & PEREIRA
1851 Heritage Lane, Suite 281
Sacramento, California 95815
Telephone (916) 924-1867
Facsimile (916)924-1293
E-Mail poole_pereira@sbcglobal.net

**MARK S. NEWMAN, Esq.: SBN 107012**
BORTON, PETRINI & CONRON, LLP
11025 Trade Center Drive, Suite 150
Rancho Cordova, California 95670
Telephone (916) 858-1212
Facsimile (916) 858-1252
E-Mail mnewman@bpclaw.com

Attorneys for Defendant/Counter-Claimant
WALTER HARVEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY | CASE NO.: CIV S-02-1890 WBS GGH |
| Plaintiff, | |
| v. | STIPULATION AND [~~PROPOSED~~] ORDER POSTPONING TRIAL |
| HENRY MORENO, ROSE A. MORENO, LA MANSION DEL RIO, WALTER HARVEY, and DOES 1 through 100, inclusive, | Trial Date: May 15, 2007 |
| Defendants. | Judge: Hon. William B. Shubb |

Pursuant to Local Rule 78-230 (g), the parties hereby submit the following Stipulation and [Proposed] Order:

Defendant/Cross-Claimant, Walter Harvey, by and through his counsel of record has just learned that his expert, Joseph Countryman will be out of the state and unavailable from May 14, 2007 though May 23, 2007.  Defendants maintain that Mr. Countryman's appearance at trial is necessary to defendant's presentation of his case.

PDF created with pdfFactory trial version www.pdffactory.com

1  Walter Harvey's attorney, Mark S. Newman, is currently in trial in State court and will be
2  in trial into the month of June 2007.
3  Therefore, the parties have agreed to a new trial date of October 2, 2007.
4  
5  The parties further agree that any rule, law, regulation or other authority requiring trial of
6  this action within a limited time frame of up to five (5) years is waived, and that failure to bring
7  this action to trial within any prescribed time limit not to exceed five (5) years will not bar trial
8  of this action.
9  Due to the above circumstances the parties now request that this Court's trial date for this
10 ///
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

2
Stipulation and Proposed Order Postponing Trial
U.S. Eastern District Court Case No.: CIV S-02-1890 WBS GGH

PDF created with pdfFactory trial version www.pdffactory.com

1  matter now scheduled for May 15, 2007, be continued as follows:

2      That the previously scheduled trial date of May 15, 2007 be continued to October 2, 2007

3  if agreeable with the Court.

4

5      It is so stipulated.

6

7  DATED:  May 8, 2007                        SELMAN BREITMAN LLP

8                                           By  /s/ James R. Tenero
                                               JAMES R. TENERO

9                                                 LINDA WENDELL HSU
                                               Attorneys for Plaintiff

10                                                SCOTTSDALE INSURANCE COMPANY

11

12 DATED:  May 8, 2007                        BORTON, PETRINI & CONRON LLP

13                                              By  /s/ Mark Newman

14                                                MARK NEWMAN
                                               Attorneys for Defendant

15                                                WALTER HARVEY

16 DATED: May 8, 2007                         LAW OFFICES OF POOLE & PEREIRA

17

18                                              By  /s/ Paul A. Pereira
                                               PAUL A. PEREIRA
                                               Attorneys for Defendant

19                                              WALTER HARVEY

20 **It is so ordered:**

21

22

23 DATED:  May 10, 2007

24                                              WILLIAM B. SHUBB

25                                              UNITED STATES DISTRICT JUDGE

26

27

28

3
Stipulation and Proposed Order Postponing Trial
U.S. Eastern District Court Case No.: CIV S-02-1890 WBS GGH

PDF created with pdfFactory trial version www.pdffactory.com