**PAUL A. PEREIRA, Esq.: SBN 128539**
LAW OFFICES OF POOLE & PEREIRA
1851 Heritage Lane, Suite 281
Sacramento, California 95815
Telephone (916) 924-1867
Facsimile (916)924-1293
E-Mail poole_pereira@sbcglobal.net

**MARK S. NEWMAN, Esq.: SBN 107012**
BORTON, PETRINI & CONRON, LLP
11025 Trade Center Drive, Suite 150
Rancho Cordova, California 95670
Telephone (916) 858-1212
Facsimile (916) 858-1252
E-Mail mnewman@bpclaw.com

Attorneys for Defendant/Counter-Claimant
WALTER HARVEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>HENRY MORENO, ROSE A. MORENO, LA MANSION DEL RIO, WALTER HARVEY, and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.:   CIV S-02-1890 WBS GGH<br><br>STIPULATION AND [~~PROPOSED~~] ORDER POSTPONING TRIAL<br><br>Trial Date: October 2, 2007<br><br>Judge: Hon. William B. Shubb |

    Pursuant to Local Rule 78-230 (g), the parties hereby submit the following Stipulation and [Proposed] Order:

    Defendant/Cross-Claimant, Walter Harvey, by and through his counsel of record have just been informed on September 27, 2007, that the Honorable William B. Shubb is expected to commence with a three to four month criminal trial and thereafter other lengthy criminal cases until May 2008.

    Therefore, the parties have agreed to a new trial date of June 10, 2008.

    The parties further agree that any rule, law, regulation or other authority requiring trial of

Stipulation and Propsed Order Postponing Trial
U.S. Eastern District Court Case No.: CIV S-02-1890 WBS GGH

1

this action within a limited time frame of up to five (5) years is waived, and that failure to bring this action to trial within any prescribed time limit not to exceed five (5) years will not bar trial of this action.

Due to the above circumstances the parties now request that this Court's trial date for this matter now scheduled for October 2, 2007 be continued as follows:

That the previously scheduled trial date of October 2, 2007 be continued to June 10, 2008 at 9:00 a.m.   if agreeable with the Court.

It is so stipulated.

DATED:  October 5, 2007          SELMAN BREITMAN LLP

                                 By  /s/ James R. Tenero
                                     JAMES R. TENERO
                                     LINDA WENDELL HSU
                                     Attorneys for Plaintiff
                                     SCOTTSDALE INSURANCE COMPANY

DATED:  October 5, 2007          BORTON, PETRINI & CONRON LLP

                                 By  /s/ Mark Newman
                                     MARK NEWMAN
                                     Attorneys for Defendant, WALTER HARVEY

DATED:  October 5, 2007          LAW OFFICES OF POOLE & PEREIRA

                                 By  /s/ Paul A. Pereira
                                     PAUL A. PEREIRA
                                     Attorneys for Defendant, WALTER HARVEY

**It is so ordered:**

DATED: October 10, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE